# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00236 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| LUKE RUSSELL COFFEE | ) | Assign Date: 2/16/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/06/2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assault of Federal Law Enforcement Officer with Dangerous Weapon |
| 18 U.S.C. § 231(a)(3) | Interference with Law Enforcement Officer During Civil Disorder |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful Entry on Restricted Grounds |
| 40 U.S.C. § 5104(e)(1) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Johannes, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date:  02/16/2021

*Judge's signature*

City and state:  Washington, D.C.   G. Michael Harvey, United States Magistrate Judge
*Printed name and title*