**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 21-MJ-236** |
| | **:** | |
| **LUKE RUSSELL COFFEE,** | **:** | |
| **Defendant.** | **:** | |

**<u>ORDER</u>**

Upon consideration of the Government's Motion for Emergency Stay and for Review of Release Order as to defendant Luke Coffee,

It is this _____ day of March, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Northern District of Texas Magistrate Judge on March 8, 2021, as to defendant Luke Coffee is **STAYED** pending review of the detention decision by this Court.

_____
HONORABLE BERYL A. HOWELL
CHIEF JUDGE