UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | No. 21-MJ-236 |
| : | |
| **LUKE RUSSELL COFFEE,** : | |
| **Defendant.** : | |

### TRANSPORT ORDER

Having considered the Government's Motion to have the defendant Luke Coffee transported from the Northern District of Texas to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Northern District of Texas to the District of Columbia for further proceedings in this matter.

_____
BERYL A. HOWELL
CHIEF JUDGE