UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 21-MJ-236 |
| | § | |
| LUKE RUSSELL COFFEE | § | |

## MOTION FOR ADMISSION OF JAMES D. BURNHAM

The undersigned respectfully moves for this Motion for Admission of James D. Burnham of the law firm of Law Offices of Jim Burnham, for purposes of appearance of counsel on behalf of Luke Coffee in the above-styled case only and to permit Jim Burnham to receive electronic filings in this case, and in support thereof states as follows:

1. Full name: James Daniel Burnham

2. Office Address: 6116 N. Central Expressway, Ste. 515, Dallas, TX 75206. Business phone: 214-750-6616, cell: 214-212-748, email: Jim@JBurnhamlaw.com

3. James D. Burnham is admitted to practice in the Western District of New York, and is a member in good standing of the State Bar of Texas & Northern District of Texas Dallas Division.

4. Attorney, James D. Burnham has not been disciplined by the State Bar of Texas, see Exhibit A, Letter of Good Standing.

5. See Exhibit B, my Sponsor's Affidavit and Motion for Admission of James D. Burnham.

6. James D. Burnham has never been admitted pro hac vice to the District of Columbia District Court.

7. Attorney, James D. Burnham does not engage practice of law in the District of Columbia.

In accordance with the local rules of this Court, I, Christopher Man will make payment of this Court's $100.00 admission fee at admission.

**WHEREFORE PREMISES CONSIDERED,** prays that James D. Burnham be admitted by the Court and requests this Court enter an order granting this motion in all respects.

Respectfully submitted,
/s/Christopher Man
Christopher Man
BAR CARD DC #453553DC
1901 L STREET , N.W.
WASHINGTON, D.C. 20036
(202)282-5622