# EXHIBIT B

**(PLEASE PRINT OR TYPE - EXCEPT FOR SIGNATURE)**

PETITIONER'S NAME: _____ JAMES D. BURNHAM _____

## SPONSOR'S AFFIDAVIT AND MOTION

I, CHRISTOPHER D. MAN _____, was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on __1996_____, 20_____. My bar number is 453553_____ and I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia. I have known the petitioner for at least one year, under the following circumstances: We were co-counsel's on a recent Federal case which is still pending here in Dallas, Texas.

My knowledge of said petitioner's moral character is as follows: Jim Burnham is an honest and professional attorney.

My knowledge of said petitioner's experience is as follows: Jim has 30 plus years of experience in State and Federal cases.

I am satisfied that the petitioner has the necessary qualifications to become a member of the bar of this Court, and I, therefore, move his/her admission.

I declare under penalty of perjury that the foregoing is true and correct.

_____3/10/20_____
(DATE)

_____
(SIGNATURE OF SPONSOR)

FIRM NAME _____ WINSTON & STRAWN _____

OFFICE ADDRESS_____ 1901 L. STREET, N.W., WASHINGTON, DC 20036 _____

TELEPHONE_____ 202-282-5622 _____

Note: Original signatures only.

6

EXHIBIT

B