UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| VS. | | CAUSE NO. 21-MJ-236 |
| LUKE RUSSELL COFFEE | | |

### ORDER FOR MOTION FOR ADMISSION OF JAMES D. BURNHAM

On this _____ day of _____, 2021, came on to be considered Motion for Admission of James D. Burnham, and the same is in all things (GRANTED) (DENIED, to which action of the Court this Defendant excepts).

_____
**HONORABLE JUDGE BERYL HOWELL**