UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 21-MJ-236 |
| | § | |
| LUKE RUSSELL COFFEE | § | |

## NOTICE OF APPEARANCE

COMES NOW JIM BURNHAM, Counsel for LUKE RUSSELL COFFEE and would file this Notice of Attorney Appearance in the District of Columbia for the limited purpose of litigating the Government's Opposition to Magistrate Judge Horan's pre-trial release Order of Luke Russell Coffee.

/s/Jim Burnham
JIM BURNHAM
State Bar. No. 03441000
6116 N. Central Expressway, Suite 515
Dallas, Texas 75206
214-750-6616
214-750-6649- Fax
Email: Jim@JBurnhamlaw.com