UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 21-MJ-236** |
| | § | |
| **LUKE RUSSELL COFFEE** | § | |

**ORDER FOR**
**OPPOSITION TO MOTION FOR EMERGENCY STAY AND FOR REVIEW OF RELEASE ORDER**

On this _____ day of _____ 2021, the foregoing Order for Opposition to Motion for Emergency Stay and for Review of Release Order; having been presented to the Court, the same is hereby (GRANTED)  to which action of the Court the Defendant excepts).

_____
Honorable Judge Beryl A. Howell