UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CAUSE NO. 21-MJ-236** |
| **LUKE RUSSELL COFFEE** | § § | |

**ORDER FOR**
**OPPOSITION TO MOTION FOR TRANSPORT ORDER**

On this _____ day of _____ 2021, the foregoing Order for Opposition to Motion for Transport Order; having been presented to the Court, the same is hereby (GRANTED) to which action of the Court the Defendant excepts).

_____

Honorable Judge Beryl A. Howell