UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 21-MJ-236 |
| | § | |
| LUKE RUSSELL COFFEE | § | |

**UNOPPOSED MOTION OF CONTINUANCE FOR INITIAL APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Luke Russell Coffee, by and through his Attorney of Record, Jim Burnham, hereinafter referred to as "Counsel," and hereby files his Unopposed Motion for Continuance for Initial Appearance on April 27, 2021, and in support of same respectfully shows the Court the following:

I.

Defendant's Counsel requests a continuance of the Initial Appearance on April 27, 2021.

II.

This Motion is not solely made for the purpose of delay, but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court enter an Order granting this Motion and extend the initial appearance.

/s/ Jim Burnham
Jim Burnham
State Bar No. 0344100
6116 N. Central Expwy., Ste. 515
Dallas, Texas 75206

Telephone (214) 750-6616
Facsimile (214) 750-6649
Email: Jim@Jburnhamlaw.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2021, the foregoing Motion was filed electronically with the clerk of the United States District Court for the District of Columbia to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ Jim Burnham
Jim Burnham

CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I have conferred with Peter Lallas, Assistant United States Attorney assigned to this matter, regarding this motion and he is unopposed to the filing and granting of same.

Signed this 26th day of April, 2021.

/s/Jim Burnham
JIM BURNHAM
State Bar. No. 03441000
6116 N. Central Expressway, Suite 515
Dallas, Texas 75206
214-750-6616
214-750-6649- Fax
Email: Jim@JBurnhamlaw.com