UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS.** | § § § | **CAUSE NO. 21-MJ-236** |
| **LUKE RUSSELL COFFEE** | § | |

## ORDER

On this the ____ day of _____, 2021, came on to be heard the Defendant's Unopposed Motion of Continuance For Initial Appearance; having read the Motion and considered same, is of the opinion that such Motion should be GRANTED/DENIED.

_____
**HONORABLE JUDGE G. MICHAEL HARVEY**
**UNITED STATES DISTRICT JUDGE**