UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | |
| VS. | § | CAUSE NO. 21-MJ-236 |
| | § | |
| LUKE RUSSELL COFFEE | § | |

### ORDER

Having read the Defendant's Unopposed Motion of Continuance For Initial Appearance, it is hereby ORDERED that the Motion is GRANTED.

The Initial Appearance scheduled for April 27, 2021 is continued to 1:00 p.m. on May 11, 2021 before Magistrate Judge Robin M. Meriweather.

As the Motion did not raise any arguments as to exclusion of time under the Speedy Trial Act, the Court declines to enter any ruling on that issue.

 

**HONORABLE JUDGE G. MICHAEL HARVEY**
**UNITED STATES MAGISTRATE JUDGE**