## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CAUSE NO. 21-CR-327** |
| **LUKE RUSSELL COFFEE** | § § | |

### NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

  NOW COMES, Anthony J. Colton, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        /S/ ANTHONY J. COLTON
        Supervisory Assistant Federal Public Defender
        Western District of Texas
        200 East Wall St., Room 110
        Midland, Texas 79701
        Tel.: (830) 703-2040

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of May, 2021, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

| | |
|---|---|
| Jim Burnham | Peter C. Lallas |
| Law Offices Of Jim Burnham | U.S. Attorney's Office for the District of Columbia |
| 6116 N. Central Expressway | 555 Fourth Street, NW |
| Suite 515 | Washington, DC 20530 |
| Dallas, TX 75206 | Peter.Lallas@usdoj.gov |
| Email: jim@jburnhamlaw.com | |

                /s/ ANTHONY J. COLTON