# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-327** |
| v. | : | |
| | : | |
| **LUKE COFFEE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING DISCOVERY LETTERS

The United States respectfully notes the filing of the attached discovery letters.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                ACTING UNITED STATES ATTORNEY

By:        /s/
           Peter Lallas, N.Y. Bar No. 4290623
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 252-6879
           peter.lallas@usdoj.gov