

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 14, 2021

Anthony Colton
Supervisory Assistant Federal Defender
Office of the Federal Public Defender for the Western District of Texas
200 East Wall Street, Suite 110
Midland, TX 79701

    Re:   *United States v. Luke Coffee*
           Case No. 21-cr-327

Dear Counsel:

    Enclosed as preliminary discovery in this case are files available on USAfx, consisting of the following materials:

- File folder named US v. Luke Coffee September 14 2021 Informal Production.  This folder includes the following 28 files:

| File Name |
|---|
| _266H-DL-3382725_0000042 |
| Inked266H-DL-3382725_0000011_1A0007578_0000001_LI |
| 266H-DL-3382725_0000068_1A0000001_0000007 |
| 266H-DL-3382725_0000068_1A0000001_0000008 |
| 266H-DL-3382725_0000068_1A0000001_0000001 |
| 266H-DL-3382725_0000068_1A0000001_0000006 |
| 266H-DL-3382725_0000068_1A0000001_0000003 |
| 266H-DL-3382725_0000068_1A0000001_0000005 |
| 266H-DL-3382725_0000068_1A0000001_0000004 |
| 266H-DL-3382725_0000044_1A0000014_0000002 |
| 266H-DL-3382725_0000044_1A0000014_0000001 |

| |
|---|
| 266H-DL-3382725_0000023_1A0000001_0000009 |
| 266H-DL-3382725_0000023_1A0000001_0000014 |
| 266H-DL-3382725_0000023_1A0000001_0000011 |
| 266H-DL-3382725_0000023_1A0000001_0000015 |
| 266H-DL-3382725_0000023_1A0000001_0000010 |
| 266H-DL-3382725_0000023_1A0000001_0000013 |
| 266H-DL-3382725_0000011_1A0007577_0000001 |
| 266H-DL-3382725_0000023_1A0000001_0000002 |
| 266H-DL-3382725_0000003_1A0000013_0000001 |
| 266H-DL-3382725_0000023_1A0000001_0000001 |
| _266H-DL-3382725_0000067 |
| _266H-DL-3382725_0000031 |
| _266H-DL-3382725_0000023_1A0000001_0000005 |
| _266H-DL-3382725_0000023_1A0000001_0000004 |
| _266H-DL-3382725_0000009[1] |
| _266H-DL-3382725_0000010 |
| _266H-DL-3382725_0000008[1] |

  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   As we have discussed, the government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

  This material is subject to the terms of the Protective Order issued in this case.

  I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

                 Sincerely,

                 /s/

                 Peter Lallas
                 Assistant United States Attorney