# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-327** |
| | : | |
| **LUKE COFFEE,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The government requests that the attached Memorandum Regarding Discovery filed on July 20, 2021, in *United States v. Jeffrey Sabol, et al.*, Case No. 21-cr-35 (EGS) be made part of the record in this case, as it provides a comprehensive review of the overall discovery efforts in Capitol Riot cases as of the date of filing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   */s/ Peter Lallas*
Peter Lallas, NY Bar No. 4290623
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-6879
Peter.Lallas@usdoj.gov