UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § § | **CAUSE NO. 1:21-CR-327-RC-1** |
| **LUKE RUSSELL COFFEE** | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, John J. Velasquez, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

                  Respectfully submitted.

                  MAUREEN SCOTT FRANCO
                  Federal Public Defender


                  /s/ JOHN J. VELASQUEZ
                  Assistant Federal Public Defender
                  Western District of Texas
                  200 East Wall St., Room 110
                  Midland, Texas 79701
                  Tel.: (830) 308-6040
                  Bar Number: Nebraska 18183

                  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of January, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will send electronic notification to the assigned Assistant United States Attorney(s) of record.

                                             /s/ JOHN J. VELASQUEZ