# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **V.** | § | **CAUSE NO. 1:21-CR-327-RC-1** |
| | § | |
| | § | |
| **LUKE RUSSELL COFFEE** | § | |

## THIRD UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE HEARING

TO THE HONORABLE RUDOLPH CONTRERAS, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

COMES NOW Defendant, Luke Russell Coffee, by and through his attorney of record, Anthony J. Colton, hereby requests a continuance of the Status Conference Hearing. Mr. Coffee shows this   Honorable Court as follows.

### I.

Mr. Coffee is scheduled to appear before this Court for a status conference hearing on Wednesday, April 27, 2022.

### II.

Counsel is awaiting additional discovery from the Federal Bureau of Investigations. Counsel requests that the hearing be reset for at least an additional sixty (60) days in order to allow time to receive and review the additional discovery. Mr. Coffee waives his speedy trial rights to allow for this delay. Undersigned respectfully requests the hearing be reset.

### III.

On January 12, 2022, Mr. Coffee filed a Motion to File Under Seal with an incorporated Motion to Modify Pretrial Conditions of Release. The motions are still pending before the

Court. Also, Counsel filed a supplement today to the pending motions.

## CONCLUSION

This motion is not made for purposes of delay, but in the interests of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable

Court enter an Order granting this Motion and continue the status conference hearing.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/S/ ANTHONY J. COLTON
Supervisory Assistant Federal Public Defender
Western District of Texas
200 East Wall St., Room 110
Midland, Texas 79701
Tel.: (830) 703-2040
*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Peter Lallas, Assistant United States Attorney, concerning this motion and he is unopposed to the filing and granting of the same.

/S/ ANTHONY J. COLTON
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2022, I electronically filed the foregoing Motion for Continuance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter Lallas
Assistant United States Attorney

/S/ ANTHONY J. COLTON
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. 1:21-CR-327-RC-1** |
| | § | |
| | § | |
| **LUKE RUSSELL COFFEE** | § | |

## ORDER

On this date came on to be considered the Defendant's Third Motion for Continuance  of

Status Conference Hearing, and the Court having considered the  premises, is of the

opinion that the same should be and is hereby **GRANTED**.

SO ORDERED on this the_____day of April 2022.


_____
**HONORABLE RUDOLPH CONTRERAS**
**United States District Judge**