UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-327 |
| v. | : | |
| | : | |
| LUKE RUSSELL COFFEE, | : | |
| | : | |
| Defendant | : | |

## UNOPPOSED MOTION TO ADVANCE STATUS CONFERENCE

The United States of America, by and through undersigned counsel, respectfully requests

that this Court reschedule the status conference currently scheduled on August 29, 2022.

Government counsel is scheduled to begin a jury trial the same day in *United States v. Alam*, 21-

CR-190 (DLF).

The parties have conferred, and the defendant does not oppose the government's request

to advance the date of the status conference.  Subject to the Court's availability and approval, the

parties propose advancing the status conference in this case to August 26, 2022 at 2:00 p.m.  The

proposed request will ensure continuity of counsel.

<div style="margin-left: 40%;">

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Melanie L. Alsworth*
MELANIE L. ALSWORTH
AR Bar No. 2002095
Trial Attorney
Detailee
601 D Street, N.W.
Washington, DC  20530
(202) 598-2285
melanie.alsworth2@usdoj.gov

</div>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-327** |
| **v.** | : | |
| | : | |
| **LUKE RUSSELL COFFEE,** | : | |
| | : | |
| **Defendant** | : | |

**[PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**

The Court, having considered the unopposed motion of the United States, finds good cause to reschedule the status conference in this case from August 29, 2022 to August 26, 2022 at 2:00 p.m.

IT IS SO ORDERED.

_____
Honorable Rudolph Contreras
United States District Judge