## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CAUSE NO. 1:21-CR-327-RC-1** |
| **LUKE RUSSELL COFFEE** | § § | |

## UNOPPOSED MOTION TO MODIFY PRETRIAL CONDITIONS OF RELEASE

TO THE HONORABLE RUDOLPH CONTRERAS, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

COMES NOW Defendant, Luke Russell Coffee, by and through his attorney of record, Anthony J. Colton, hereby files this Unopposed Motion to Modify Pretrial Conditions, and would show this Honorable Court as follows.

On April 13, 2021, an Amended Order was entered setting the conditions of Mr. Coffee's release. Among those conditions, Mr. Coffee has been required to wear a GPS monitor and remain in home confinement except for certain preapproved exceptions. Mr. Coffee has been in compliance with the Court's conditions since his release.

Mr. Coffee is requesting the location monitoring and home detention conditions of his release be removed.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court enter an Order granting this Motion to Modify Pretrial Conditions of Release.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ ANTHONY J. COLTON
Supervisory Assistant Federal Public Defender
Western District of Texas
200 East Wall St., Room 110
Midland, Texas 79701
Tel.: (830) 308-6040
*Attorney for Defendant*


**CERTIFICATE OF CONFERENCE**

    I certify that I conferred with Melanie Alsworth, Assistant United States Attorney, concerning this motion and she has stated the government is not opposed to the granting of this motion.

                                                    /s/ ANTHONY J. COLTON


**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of August 2022, I electronically filed the foregoing Motion to Modify Pretrial Conditions of Release with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melanie Alsworth
Assistant United States Attorney


                                          /s/ ANTHONY J. COLTON
                                          *Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CAUSE NO. 1:21-CR-327-RC-1** |
| **LUKE RUSSELL COFFEE** | § § | |

## ORDER

On this date came on to be considered the Defendant's Motion to Modify Pretrial Conditions of Release. The Court, having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

The Court orders the removal of the location monitoring and home detention from Mr. Coffee's conditions. All other standard conditions will remain in place.

SO ORDERED on this the _____ day of August 2022.

_____
**HONORABLE RUDOLPH CONTRERAS**
**United States District Judge**