UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-327 |
| v. : | |
| LUKE RUSSELL COFFEE, : | |
| Defendant : | |

### ORDER MODIFYING PRETRIAL CONDITIONS OF RELEASE

Before the Court is the defendant's Unopposed Motion to Modify Pretrial Conditions of Release. ECF 60.

Having considered the motion, the Court finds the defendant's Pretrial Conditions of Release shall be modified as follows:

(1) Defendant shall no longer be subject to location monitoring;

(2) Defendant shall no longer be subject to home detention; and

(3) Defendant's travel will be restricted to the Southwestern United States. Prior to any overnight trips, Defendant must notify and obtain approval from his Pretrial Services Officer.

All other conditions shall remain in full force and effect.

IT IS SO ORDERED.

9/6/2022

_____
Honorable Rudolph Contreras
United States District Judge