UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE: NO. 21-CR-327** |
| | § | |
| **LUKE RUSSELL COFFEE** | § | |
| | § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, Anthony F. Sabatini, and enters appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January, 2023, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini