UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. 1:21-CR-327-RC-1 |
| § | |
| § | |
| LUKE RUSSELL COFFEE § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE RUDOLPH CONTRERAS:

NOW COMES, Anthony J. Colton and John Velasquez to move this Honorable Court to permit them to withdraw as counsel of record in this case. In support of this Motion, counsel would show this Honorable Court the following:

The office of the Federal Public Defender in Midland/Odessa was appointed to represent Mr. Coffee based on his inability to hire an attorney due to lack of funds. Since that time, Mr. Coffee was able to hire Anthony Frank Sabatini. Mr. Sabatini has entered his notice of appearance in this case and Mr. Coffee wishes to be represented by Mr. Sabatini as evidenced by his signature on this motion.

WHEREFORE, premises considered, counsel respectfully prays that this Court enter an order permitting Anthony Colton and John Velasquez, as representatives of the Federal Public Defenders, to withdraw as attorneys of record in this criminal matter.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ ANTHONY J. COLTON
ANTHONY J. COLTON
Supervisory Assistant Federal Public Defender
Bar Number: Texas 24064564
JOHN J. VELASQUEZ
Assistant Federal Public Defender
Bar Number: Nebraska 18183
Western District of Texas
1020 Andrews Highway, Suite E
Midland, Texas 79701
Tel.: (432) 247-6888
Fax: (432) 689-0896

*Attorney for Defendant*

## NOTICE TO DEFENDANT

I agree with this motion to allow Anthony Colton and John Velasquez to withdraw as my attorneys and request that Anthony Sabatini be entered as my counsel of record.

Luke Coffee

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2023, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties involved in this case.

/s/ ANTHONY J. COLTON
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. 1:21-CR-327-RC-1 |
| § | |
| LUKE RUSSELL COFFEE § | |

## ORDER

On this date came on to be considered the Defendant's Counsels' Motion to Withdraw. The Court, having considered the premises, is of the opinion that the same should be and is hereby **GRANTED**.

The Court therefore **ORDERS** that Anthony Colton, John Velasquez, and the Office of the Federal Public Defenders are withdrawn as counsel for Luke Coffee.

Anthony Sabatini is substituted as Counsel for Mr. Coffee in this matter

**SO ORDERED** on this the _____ day of _____, 20___.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Judge