UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE: NO. 21-CR-327 |
| LUKE RUSSELL COFFEE | § § § | |

## MOTION OF CONTINUANCE FOR TRIAL AND PRE-TRIAL FILING DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Luke Russell Coffee, by and through his Attorney of Record, Anthony Sabatini, hereinafter referred to as "Counsel," and hereby files his Motion for Continuance for Trial on February 27, 2023 and pre-trial filing deadlines, and in support of the same respectfully shows the Court the following:

I.

Defendant's Counsel requests a continuance of the Trial on February 27, 2023 and pre-trial filing deadlines.  Defendant's Counsel began on the case January 10, 2023 and needs additional time for investigation, motions, review of discovery, and preparation for trial.  This request for continuance is the first requested by Defendant's present Counsel and the first requested by Defendant since a continuance of a Status Conference Hearing was requested and granted on April 21, 2022.

II.

This Motion is not solely made for the purpose of delay, but so that justice may be served.

WHEREFORE, Defendant prays that this Court enter an Order granting this Motion.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163

1

anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2023, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> V.  § <br> § <br> LUKE RUSSELL COFFEE § <br> § | CAUSE: NO. 21-CR-327 |

## ORDER

On this _____ day of _____, 2023, came on to be heard the Defendant's Motion of Motion for Continuance for Trial on February 27, 2023 and pre-trial filing deadlines; having read the Motion and considered same, is of the opinion that such Motion should be GRANTED/DENIED.

_____
**HONORABLE RUDOLPH CONTRERAS**
**United States District Judge**