IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**LUKE RUSSELL COFFEE,**<br><br>  **Defendant.** | **CR NO. 21-CR-237 (RC)** |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that Raymond K. Woo, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052


Date: May 10, 2023        By:   */s/ Raymond K. Woo*
                                                Raymond K. Woo
                                                Assistant United States Attorney
                                                AZ Bar No. 023050
                                                United States Attorney's Office
                                                601 D Street, N.W.
                                                Washington, D.C.  20530
                                                Telephone: (602) 514-7736
                                                Email: raymond.woo@usdoj.gov

CERTIFICATE OF SERVICE

      On this 10th day of May, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

Date: May 10, 2023                        By:   */s/ Raymond K. Woo*
                                                 Raymond K. Woo
                                                 Assistant United States Attorney
                                                 AZ Bar No. 023050
                                                 United States Attorney's Office
                                                 601 D Street, N.W.
                                                 Washington, D.C.  20530
                                                 Telephone: (602) 514-7736
                                                 Email: raymond.woo@usdoj.gov