**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CAUSE: NO. 21-CR-327** |
| § | |
| **LUKE RUSSELL COFFEE** § | |
| § | |

**UNOPPOSED MOTION TO MODIFY PROBATION**

COMES NOW Defendant, Luke Russell Coffee ("Coffee"), by and through his Counsel, Anthony Sabatini, and hereby files his Unopposed Motion to Modify Probation, pursuant to Federal Rule of Criminal Procedure 32.1(c), and in support of the same shows the Court the following:

I.

Coffee requests the terms of his probation to be modified to discontinue the condition that he live with a Third-Party Custodian. Coffee seeks to work for extended periods of time around his home State of Texas and Colorado that would make fulfilling the condition overly burdensome. This Motion is unopposed by the United States. Coffee waives his right to a hearing on this issue pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

WHEREFORE, Defendant prays that this Court enter an Order granting this Motion.

1

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2023, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CAUSE: NO. 21-CR-327** |
| **LUKE RUSSELL COFFEE** | § § § | |

## ORDER

On this _____ day of _____, 2023, came on to be heard the Defendant's Unopposed Motion to Modify Probation on September 1, 2023; having read the Motion and considered same, is of the opinion that such Motion should be GRANTED/DENIED.

_____
**HONORABLE RUDOLPH CONTRERAS**
**United States District Judge**

3