UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | **Case No. 1:21-cr-0327 (RC)** |
| ) | |
| **LUKE RUSSELL COFFEE,** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED ORDER]**

Upon consideration of the Defendant's Motion In Limine at ECF No. __ for the parties to prepare jury instructions for Self-Defense and Defense of Others, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that specific jury instructions for self-defense and defense of others be provided as part of the Joint PreTrial Statement.

So **ORDERED** on this ___ day of (month) 2023

_____

RUDOLPH CONTRERAS
United States District Court Judge