UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 21-cr-00327** |
| : | |
| **LUKE RUSSELL COFFEE** : | |
| : | |
| **Defendant** : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION IN LIMINE FOR A SELF-DEFENSE JURY INSTRUCTION**

The United States of America, through undersigned counsel, respectfully responds to Defendant's Motion in Limine for a Self-Defense Jury Instruction, filed on September 11, 2023. ECF No. 85.  The United States previously submitted a Motion in Limine to Preclude a Self-Defense claim on January 9, 2023, and asks the Court to consider its Motion in Limine in response to Defendant's claim.  ECF No. 68.  In general, the United States argued that a self-defense instruction was unsupported because: 1) Defendant was the initial aggressor; 2) Defendant's use of force was objectively unreasonable; and 3)  Defendant responded with greater force than necessary for self-protection.  ECF No. 68 at 5-8.

///

///

///

For the reasons presented in the United States' Motion in Limine, Mr. Coffee's request should be denied.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

*/s/ Raymond K. Woo*
TIGHE R. BEACH
Co. Bar No. 55328
RAYMOND K. WOO
Az. Bar No. 023050
Assistant United States Attorneys
601 D Street, N.W.
Washington, DC 20530
Phone: (240) 278-4348
Email: raymond.woo@usdoj.gov