UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-0327 (RC) |
| | ) | |
| **LUKE RUSSELL COFFEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case as pro bono counsel for

**DEFENDANT LUKE RUSSELL COFFEE**.


Dated December 19, 2023                     Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 19th day of DECEMBER 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.
