Luke Russell Coffee
Tool, Texas

2.5.24

United States District Court for the District of Columbia
Attention: Honorable Judge Rudolph Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Transcript Costs, Case 1:21-cr-327 (RC)

Dear Judge Contreras,

    I am writing to ask for relief since I am unable to pay the estimated $3200. for the cost of my trial transcripts. The Court reporter provided an estimate of 800 pages at $4 per page for a thirty-day production. My work and income have been significantly reduced since I was charged in this case. My second chair attorney volunteered pro bono since my legal funds are depleted.

    The AUSAs say we all misunderstood when they said on the last day of trial that they would order the transcripts. We were going to raise the funds to pay the $1 per page cost for a copy. The $3200 (estimate) is beyond my reach at this time.

    I request the Court consider affording me relief since I know that the transcripts are integral to your review of the evidence and supplemental submission.

                              Most sincerely,

                                *Luke Coffee*