**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **Case No: 21-CR-327** |
| **v.** | **:** | |
| | **:** | |
| **LUKE RUSSELL COFFEE** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## RESPONSE TO COFFEE'S MOTION FOR TRIAL TRANSCRIPTS

On February 8, 2024, Luke Coffee filed a Motion for Trial Transcripts at Government Expense. ECF No. 107. The government responds to clarify the record, oppose Coffee's requested order regarding expenses, and rebut his Jencks argument. The Court should not allow any extension of its briefing deadline—February 9—on account of this motion.

### Procedural Background

Coffee makes misstatements in his recitation of the communications between the parties and the Court. First, on January 25, the Court expressly set a short briefing schedule that envisioned the submission of post-verdict briefs—and likely the verdict itself—without access to the trial transcripts. Second, the government shared its opening and closing argument PowerPoints with defense counsel, Anthony Sabatini, on January 26, 2024, on USAfx.

Further, Coffee misconstrues email communication between the parties. On February 2, defense counsel emailed the government and asked, "Our understanding was that you were going to order the daily trial transcripts ASAP. Have you done that?" That day, the government responded, "You misunderstood. Our understanding was that the reporter and Judge Contreras agreed that the transcript would not be ready within our briefing schedule. So we have not yet

1

ordered it. Please feel free to order your own at your convenience." The government is in the process of ordering the transcripts in the event there are convictions and an appeal.

### **Argument**

The Court should deny Coffee's request that the government pay his trial transcript expense because no law supports such a request. Coffee admits as much in his motion. *See* ECF No. 107, at 3. Coffee fails to show that this is necessary out of the interests of justice because the motion lacks any accounting of his expenses and ability to pay. Further, Coffee has privately retained counsel and, to date, has raised $29,533 for his legal defense from a GiveSendGo.com account titled "Free Coffee." *See Image 1* below.

*****             Space intentionally left blank             *****



*Image 1 – Screenshot of "Free Coffee" from GiveSendGo.com, taken February 8, 2024*

Coffee's motion makes no mention of these funds.

Finally, Coffee's invocation of the Jencks Act entirely misapplies the law. The government satisfied all Jencks obligations in this case by disclosing all Jencks materials before trial. *See Jencks v. U.S.*, 353 U.S. 657, 667-72 (1957) (disclosure requirements are meant to preserve the defendant's ability to effectively cross-examine the implicated witnesses). The government disclosed all prior testimony transcripts, relevant communications, and FBI reports memorializing witness interviews well before trial. The transcript of Coffee's trial, which concluded on January 25, 2024, is not Jencks material for this case because it has no impeachment value. *Campbell v. U.S.*, 373 U.S. 487, 496 (1963) (*Jencks* material is "producible for impeachment purposes.").

3

Once the court reporter prepares the transcripts, Coffee will be free to order a copy at a discounted rate.

### **Conclusion**

The Court should deny Coffee's Motion for Trial Transcripts at Government Expense and hold him to the original briefing deadline—February 9, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

/s/ *Tighe Beach*
TIGHE BEACH
CO Bar No. 55328
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
(240) 278-4348
Tighe.beach@usdoj.gov

/s/ *Raymond Woo*
RAYMOND WOO
AZ Bar No. 023050
Assistant United States Attorney (Detailed)
40 N. Central Ave, Ste. 1800,
Phoenix, AZ 85004
(602) 514-7736
raymond.woo@usdoj.gov

/s/ *Mindy Deranek*
MINDY DERANEK
Assistant United States Attorney
WA Bar No. 43085
(202) 252-7776
Mindy.deranek@usdoj.gov