UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | Case No. 1:21-cr-0327 (RC) |
| ) | |
| **LUKE RUSSELL COFFEE,** ) | |
| ) | |
| **Defendant.** ) | |

**ERRATUM FOR SUPPLEMENTAL BRIEF**

Comes now the Defendant, LUKE RUSSELL COFFEE, by and through undersigned counsel, and submits a corrected version of the Memorandum at ECF No. 109, with the following erratum that include typographical errors and formatting adjustments:

1. Page 1 "he" to "The" with Typo's "coffee" changed to "Coffee" on pp. 4 and 6.

2. Page 2, line 6, "folder racks" changed to "folded racks."

3. Page 3 paragraph 3 second sentence "to friends" changed to "two friends."

4. Page 7 and 8 added parentheses.

5. Page 9 and 10 added "push protestors out."

6. Last paragraph line 6 change "not" to "Not."

7. Page 15 line 6 change "the" to "The."

8. Pages 17 and 18 add "or a federal function."

9. Page 19 line 3 delete "Instead the."

10. Page 19 line 8 add "to push out."

Dated February 11, 2024                           Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
E: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 11th day of February 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Defense Attorney
