UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Case No: 21-CR-327** |
| **v.** : | |
| : | |
| **LUKE RUSSELL COFFEE** : | |
| : | |
| **Defendant.** : | |

### UNITED STATES' NOTICE OF SUPPLEMENAL AUTHORITY REGARDING THE CONSTRUCTION OF 18 U.S.C. § 1752

The government hereby submits this notice of supplemental authority to inform the Court of a ruling made by the Honorable Paul L. Friedman on March 25, 2024, memorialized by a written memorandum opinion and order on March 28, 2024, in *United States v. Warnagiris*, No. 21-cr-382 (PLF), which adopted the government's position "that to act 'knowingly' under 18 U.S.C. § 1752(a)(1), (a)(2), and (a)(4) with regard to a 'restricted building or grounds' does not require that the defendant had knowledge of a Secret Service protectee's presence within the restricted area." *United States v. Warnagiris,* No. 21-cr-382 (PLF), ECF No. 128. In reaching that result, Judge Friedman followed the rulings of in *United States v. Carnell*, No. 23-139 (BAH), 2024 WL 639842 (D.D.C. Feb. 15, 2024), *United States v. Chambers,* No. 23-cr-300 (DLF), and *United States v. Nester,* No. 22-cr-0183 (TSC).

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Mindy Deranek*
MINDY DERANEK
WA Bar. No. 43085
TIGHE BEACH
CO Bar No. 55328
RAYMOND WOO
AZ Bar No. 023050
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20001
(202) 252-7776
Mindy.Deranek@usdoj.gov