UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-327 (RC) |
| | : | |
| LUKE COFFEE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW

The United States of America hereby respectfully moves the Court to allow Assistant United States Attorney Tighe Beach to withdraw as co-counsel in this matter. Assistant United States Attorney Mindy Deranek will continue to represent the government.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Tighe R. Beach
TIGHE R. BEACH
Assistant United States Attorney
CO Bar No. 55328
601 D Street, N.W.
Washington, DC 20530
(240) 278-4348
Tighe.Beach@usdoj.gov