UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Case No. 21-CR-327 (RC)
:
LUKE RUSSELL COFFEE  :
:
Defendant.  :

### ORDER

Pursuant to the motion filed by the United States, ECF 133, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22nd day of January 2025.

HONORABLE RUDOLPH CONTRERAS
United States District Court Judge